# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NORTHEASTERN DIVISION

JOSEPH WILLIAM MOORE       )
                                      )
v.                               )       No. 2:11-00041
                                      )       JUDGE CAMPBELL
UNITED STATES OF AMERICA     )

## ORDER

Pending before the Court is the Petitioner's Supplemental Filing To 28 U.S.C. 2255 (Docket No. 12), and Motion To Seal Supplemental Filings To 28 U.S.C. § 2255 (Docket No. 13). The Motion To Seal (Docket No. 13) is DENIED, as the Petitioner does not state sufficient grounds for sealing the filings.

Through several prior orders (Docket Nos. 2, 5, 9), the Court has directed the Petitioner to state the grounds for his pending Section 2255 motion to vacate his underlying conviction for bank robbery in Criminal Case No. 2:01-00013. In the pending filing (Docket No. 12), the Petitioner only briefly suggests that his trial counsel may have been ineffective, but offers no specific support or explanation. Indeed, most of the statements in both filings are fanciful and apparently delusional. Conclusory, unsupported allegations are legally insufficient to support a motion to vacate. <u>See</u>, <u>e.g.</u>, <u>McConnell v. United States,</u> 162 F.3d 1162, 1998 WL 552844 (6th Cir. Aug., 10, 1998). Accordingly, the motion to vacate is DENIED, and this action is DISMISSED.

This Order shall constitute the judgment in this case pursuant to Fed. R. Civ. P. 58.

Should the Petitioner give timely notice of an appeal from this Order, such notice shall be

treated as a application for a certificate of appealability, 28 U.S.C. 2253(c), which will not issue because the Petitioner has failed to make a substantial showing of the denial of a constitutional right. <u>Castro v. United States,</u> 310 F.3d 900 (6th Cir. 2002).

It is so ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE