UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION


| JOSEPH WILLIAM MOORE | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 2:11-00041 |
| | ) | JUDGE CAMPBELL |
| UNITED STATES OF AMERICA | ) | |

### ORDER

By Order entered May 18, 2011 (Docket No. 14), the Court dismissed this case. Since that time, the Petitioner has filed documents entitled "Supplemental Filing 28 U.S.C. § 2255" (Docket No. 17) and "Supplement 28 U.S.C. § 2255" (Docket No. 19). The Court has reviewed the Petitioner's filings, and nothing therein changes the result reached in the Order dismissing this case.

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE