UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH WILLIAM MOORE | ) | |
| | ) | |
| v. | ) | No. 2:11-00041 |
| | ) | JUDGE CAMPBELL |
| UNITED STATES OF AMERICA | ) | |

### ORDER

Pending before the Court are the Petitioner's Petition For Writ Of Mandamus (Docket No. 22), Petition For Writ Of Habeas Corpus 28 U.S.C. § 2255 (Docket No. 23), and Supplemental Filings 28 U.S.C. § 2255 (Docket No. 24). The Government shall file a response to the Petitioner's filings on or before June 14, 2011.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE